**Order entered April 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01515-CR
No. 05-13-01516-CR

**SHEMONT JAYRON GULLATT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-61616-W, F11-70820-W**

## ORDER

On March 4, 2014, the Court ordered the Dallas County District Clerk to file the clerk's records in these appeals within fifteen days and ordered appellant to file an amended brief that properly cites to the clerk's record within thirty days. The Court, however, did not receive the clerk's records until April 15 and 16, 2014.

Accordingly, we **ORDER** appellant to file, within **FIFTEEN DAYS** of the date of this order, amended briefs that properly cite to the clerk's records.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE